■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JAMES COONAN, Appellant.—On remittitur from the Court of Appeals, judgment, Supreme Court, New York County, rendered on January 20, 1977, unanimously affirmed, after consideration, as directed, of additional issues raised by appellant. The case is remitted to the Supreme Court, New York County, for further proceedings pursuant to CPL 460.50 (subd 5). No opinion. Concur —Kupferman, J. P., Sandler, Markewich and Yesawich, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v FRED FRENCHMAN, Appellant.—Judgment, Supreme Court, New York County, rendered on November 21, 1979, unanimously affirmed. The case is remitted to the Supreme Court, New York County, for further proceedings pursuant to CPL 460.50 (subd 5). No opinion. Concur—Sandler, J. P., Sullivan, Silverman and Carro, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v MICHAEL VARGAS, Appellant.—Judgments, Supreme Court, Bronx County, both rendered on April 3, 1979, unanimously affirmed. Application by appellant's counsel to withdraw as counsel is granted. (See *Anders v California,* 386 US 738; *People v Saunders,* 52 AD2d 833.) We have reviewed this record and agree with appellant's assigned counsel that there are no meritorious points which could be raised on this appeal. Concur—Sandler, J. P., Sullivan, Silverman and Carro, JJ.